No. 04–7489. QUEEN v. PURSER. C. A. 5th Cir. Certiorari denied.

No. 04–7698. GUZEK v. OREGON. Sup. Ct. Ore. Certiorari denied.

No. 04–7802. MACK v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–7854. TSABBAR v. 17 EAST 89TH STREET TENANTS, INC. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 04–7988. HERNANDEZ v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 04–8028. HARGRAVE-THOMAS v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–8034. OSTER v. SUTTON ET AL. Sup. Ct. N. H. Certiorari denied.

No. 04–8064. CONNER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–8078. BABINEAUX v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–8084. ALRUBIAY v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–8105. ZAVREL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–8107. LENTZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–8159. SALLEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–8197. ANDREW v. LINCOLN PARK HOUSING COMMISSION. Ct. App. Mich. Certiorari denied.

No. 04–8503. HALL v. OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. Sup. Ct. S. C. Certiorari denied.